IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TARA GRIFFIN MCLAUGHLIN,

Plaintiff,

vs.

MARK OVERMAN, in his official Capacity as
Sheriff of Scotts Bluff County Nebraska;
OFFICE OF THE SHERIFF OF SCOTTS
BLUFF COUNTY, NEBRASKA, ANDREY
WARD, Officer, individually and in his capacity
as an Employee of the Scotts Bluff Nebraska
Sheriff's Office; and SCOTTS BLUFF
COUNTY, NEBRASKA,

Defendants.

8:25CV7


ORDER ON STIPULATIONS TO
DEFENDANTS' MOTIONS TO DISMISS

This case is before the Court on the parties' Stipulations to Defendants' Motions to Dismiss. Filing 39; Filing 40. The parties stipulate to the entry of an Order to Dismiss Without Prejudice with respect to certain moving Defendants in response to their Motions to Dismiss. Filing 39 at 1; Filing 40 at 1. The pending Motions to Dismiss are the Motion on Behalf of Office of the Sheriff of Scotts Bluff County, Nebraska, Filing 35, and the Motion to Dismiss of Defendants Mark Overman in His Official Capacity as Sheriff of Scotts Bluff County, Nebraska, Officer Andrey Ward in His Capacity as an Employee of the Scotts Bluff, Nebraska, Sheriff's Office, Scottsbluff County, Nebraska, and John Does 1-10. Filing 37. The parties stipulate that Defendant Andrey Ward in his individual capacity has filed an Answer to the Amended Complaint through his personal counsel and is not included in the motion to dismiss. Filing 39 at 1; Filing 40 at 1. Consequently, the parties state that nothing in their Stipulation is intended to apply to or affect Defendant Ward in his personal and individual capacity. Filing 39 at 1; Filing 40 at 1. Therefore,

1

they request that the Court dismiss this matter without prejudice as to the other Defendants. Accordingly,

IT IS ORDERED that

1.    the parties' Stipulations to Defendants' Motions]to Dismiss, Filing 39 and Filing 40, are accepted;

2.    the Motions to Dismiss, Filing 35 and Filing 37, are granted; and

3.    this case is dismissed without prejudice as to the Office of the Sheriff of Scotts Bluff County, Nebraska; Scotts Bluff County, Nebraska; Mark Overman in His Official Capacity as Sheriff of Scotts Bluff County, Nebraska; Andrey Ward in his Official Capacity; and John Does 1–10.

IT IS FURTHER ORDERED that nothing in the parties' Stipulation or this Order is intended to apply to or affect Defendant Ward in his personal and individual capacity.

Dated this 4th day of February, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge