IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TARA GRIFFIN MCLAUGHLIN,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREY WARD, Officer, individually;<br><br>Defendant. | 8:25CV7<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

Upon conferring with counsel, Defendant's Unopposed Motion to Amend Progression Order, Filing No. 52, is granted.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for December 16, 2025 is continued and will be held with the undersigned magistrate judge on **March 24, 2026** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is January 29, 2026.

3) The deadlines for complete expert disclosures[1] for all experts expected to

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated

testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is February 26, 2026.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 27, 2026.

   a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 10.

   b. Depositions will be limited by Rule 30(d)(1).

5) The deadline for filing motions to dismiss and motions for summary judgment is September 28, 2026.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 29, 2026.

7) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) All other deadlines and provisions in the Court's prior final progression order, Filing No. 45, not amended herein remain unchanged.

Dated this 27th day of October, 2025.

                                                         BY THE COURT:

                                                         *s/ Jacqueline M. DeLuca*

                                                         United States Magistrate Judge

---

within that expert's treatment records and reports must be separately and timely disclosed.